In This Court Of Record At The United States District Court District of Massachusetts

**Kemeh, Kevin Dela**

    Plaintiff,

Vs.

**State of Massachusetts,**
**Massachusetts Registry Of Motor Vehicles,**
**Massachusetts Department Of Transportation,**

    Defendants,

Case Number:

NO TRIAL BY JURY IN CLERKS OFFICE

MAR 11 '22 AM 11:07 USDC MA

## AFFIDAVIT COMPLAINT

**PLAINTIFF BRINGS HIS COURT OF RECORD TO THIS COURT IN ACCORDANCE WITH THE COMMON LAW FOR A SPEEDY TRIAL BY JUDGE.**

**DIRECTIONS TO CLERK**: Plaintiff wishes for any other judge or magistrate besides Timothy S. Hillman, very important, please and thank you.

**Jurisdiction; Federal Question: 42 U.S. Code § 1983**
    25 U.S. Code § 5330 - Rescission of contract
    U.S.A. Constitutional torts: 5th amendment, 13 amendment, 9th amendment, etc

    Massachusetts Constitutional Torts

**Venue**; Kemeh, Kevin Dela, one of the people of Massachusetts, state.
    Property located in Massachusetts, state.
    Defendants, located in Massachusetts, state.

**Plaintiff**; Kemeh, Kevin Dela, one of the people of Massachusetts, state.
    **Address**: PO BOX 20649
        Worcester MA 01602
    **Contact**: 774-437-8178
    **Email**: kevindelakem@gmail.com

Plaintiff is not a Citizen of the United States.

**Defendant**: Massachusetts Registry Of Motor Vehicles
    **Address**: PO Box 55889
        Boston, Massachusetts 02205

**Defendant**: Massachusetts Department Of Transportation
  **Address**: 10 Park Plaza, Suite 4160,
        Boston, Massachusetts 02116

**Defendant**: State of Massachusetts
  **Address**: Massachusetts State House, 24 Beacon St.
        Office of the Governor, Room 280
        Boston, MA, 02133

## Statement Of Facts By Affidavit

Plaintiff has a fraudulent driver's permit [contract] with the State of Massachusetts. The [contract] has been present for about a year and a half now. Upon signing the driver's permit contract the agents of Massachusetts Registry of Motor Vehicles did not disclose the terms nor the conditions of the driver's permit contract to plaintiff, as such the driver's permit contract is fraudulent.

In the pursuit of happiness plaintiff does not wish for a driver's permit contract with the State. As so, plaintiff sent a rescission of signature letter to the Massachusetts Registry Of Motor Vehicles to rescind his fraudulent Driver's Permit contract. Plaintiff received the signature return receipt from Massachusetts Registry of Motor Vehicles, confirming they received the letter from plaintiff. Despite having received the letter from Plaintiff Massachusetts Registry Of Motor Vehicles did not rescind the driver's permit contract with Plaintiff.

Plaintiff sent another letter to Massachusetts Registry Of Motor Vehicles. Massachusetts Registry Of Motor Vehicles also received the second letter from plaintiff. However, they still refused to rescind the fraudulent Driver's Permit contract. Plaintiff now wants to rescind the contract with this lawsuit.

Upon Massachusetts and the United States constitution all men and women have the inalienable natural right to life, liberty and property. The right to contract and **uncontract** is unlimited. Plaintiff has been unwillingly **forced** to serve the obligations of the driver's permit contract for several months now.

**PREVIEW EXHIBIT A: JUDICIAL NOTICE TO DEFENDANTS AND THE COURT**

CAUSE OF ACTION: 42 U.S. Code § 1983 - Civil action for deprivation of rights

STATEMENT OF CLAIM FOR RELIEF: The United States and Massachusetts constitution protect the life, liberty and property of all men and women, including the unlimited right to contract and uncontract. Plaintiff did not wish for a driver's permit. However, the State of Massachusetts held plaintiff in the driver's permit contract for several months. Plaintiff was forced to the obligations of the contract for over 8 months, depriving him of life and liberty. The State of Massachusetts must remedy and compensate for plaintiff.

## SETTLEMENT

Plaintiff wishes for an order to rescind the driver's permit contract. For holding plaintiff in an unconscionable contract, depriving plaintiff of life and liberty, plaintiff demands **$4,900,000** to settle the matter.

**Notary as JURAT CERTIFICATE**

____Massachusetts____ [State] }

____Worcester____ [County] }

On this __10__ day of __March__, 20__22__ before me,

Notary Public- Massachusetts

____Kevin Kemeh____ proved to me based on satisfactory evidence to be the man whose name is subscribed to this instrument. Kemeh, Kevin Dela executed the same as the man, one of the people of Massachusetts, state, SUI JURIS DE JURE and upon his AUTOGRAPH this AFFIDAVIT shall stand as TRUTH and EVIDENCE forevermore.

I VERIFY UNDER PENALTY OF PERJURY under the lawful laws of Massachusetts and under the laws of the United States of America that this document is true and correct to my knowledge

_____
Kevin Dela Kemeh

_____
Autograph of Jurat

SHUBHAM GARG
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 23, 2028