In This Court Of Record At The United States District Court District of Massachusetts

Kemeh, Kevin Dela

    Plaintiff,

Vs.

State of Massachusetts,
Massachusetts Registry Of Motor Vehicles,
Massachusetts Department Of Transportation,

    Defendants,

Case Number: 22-CV-40022

MAR 14 '22 PM 3:02 USDC MA

NO TRIAL BY JURY
Speedy Trial By Judge

## Affidavit of Involuntary Servitude by Massachusetts

**BACKGROUND:** Plaintiff has a fraudulent driver's permit [contract] with the State of Massachusetts. Upon signing the driver's permit contract the agents of Massachusetts Registry of Motor Vehicles did not disclose the terms nor the conditions of the driver's permit contract to plaintiff, as such the driver's permit contract is fraudulent. Neither did plaintiff know the purpose of the driver's permit/license is to operate a vehicle in commerce.

In the pursuit of happiness plaintiff does not wish for a driver's permit contract with the State. As so, plaintiff sent a rescission of signature letter twice to the Massachusetts Registry Of Motor Vehicles to rescind his fraudulent Driver's Permit contract. Despite having received the letters from Plaintiff Massachusetts Registry Of Motor Vehicles refused to rescind the driver's permit contract with Plaintiff. Plaintiff has a right to rescind the driver's permit contract, plaintiff will now prove his case.

"Fraud destroys the validity of every thing into which it enters. It affects fatally even the most solemn judgments and decrees". Plaintiff's driver's permit with the State of Massachusetts is fraudulent. The terms and conditions of the contract were not disclosed to plaintiff nor did plaintiff know the purpose of a driver's permit is to operate a vehicle in commerce. The driver's permit contract must be rescinded.| *Nudd v. Burrows (1875), 91 US 426, 23 Led 286.* |

**Notice:** The contract is a Driver's permit, it's not valid for a license. However, it mimics the obligations and duties of an actual driver's license.

**Massachusetts Constitution, Article V:** "All power residing originally in the people, and being derived from them, the several magistrates and officers of government, vested with authority, whether legislative, executive, or judicial, are their substitutes and agents, and are at all times accountable to them."

**Massachusetts Constitution, Article IV:** The people of this commonwealth have the sole and exclusive right of governing themselves, as a free, sovereign, and independent state; and do, and forever hereafter shall, exercise and enjoy every power, jurisdiction, and right, which is not, or may not hereafter, be by them expressly delegated to the United States of America in…

**New Hampshire Constitution: Bill of Rights, [Article.] 7. [State Sovereignty]**
The people of this State have the sole and exclusive right of governing themselves as a free, sovereign, and independent State; and do, and forever hereafter shall, exercise and enjoy every power, jurisdiction, and right, pertaining thereto, which is not, or may not hereafter be, by them expressly delegated to the United States of America in Congress assembled.

**Wyoming Constitution: Declaration of Rights, Section 1. Power inherent in the people:**
All power is inherent in the People, and all free governments are founded on their authority, and instituted for their peace, safety and happiness; for the advancement of these ends they have at all times an inalienable and indefeasible right to alter, reform or abolish the government in such manner as they may think proper.

**Michigan Constitution: Declaration of Rights Section. 1:**
All political power is inherent in the people. Government is instituted for their equal benefit, security and protection.

**Maryland Constitution: Declaration of Rights, Article. 4:**
That the People of this State have the sole and exclusive right of regulating the internal government and police thereof, as a free, sovereign and independent State.

**Montana Constitution: Declaration of rights, Article 2. Self-government.**
The people have the exclusive right of governing themselves as a free, sovereign, and independent state. They may alter or abolish the constitution and form of government whenever they deem it necessary.

Public officials are put in office, bound to the constitutions to protect the people's rights and to serve them. In all the union states of America all political power is derived and inherent within the people. Meaning, the people of all states are not required to serve the State. All the people also have the sole right of governing themselves as a free, sovereign and an independent state. Meaning, all the people in the union states of America, plaintiff included, are not bound nor restricted to the statues of any State. The people are not confined to State statutes and ultimately cannot be compelled to ["obey"] State statutes, not all State statutes apply to people. PLAINTIFF IS NOT BOUND NOR CAN HE BE FORCED TO HAVE A DRIVER'S PERMIT WITH MASSACHUSETTS.

and I quote from a supreme court case.

"The people who created this government endowed it with broad powers. They created a sovereign state with power to function as a sovereignty. But the citizens themselves are sovereign, and their citizenship is not subject to the general powers of their government."
| U.S. Supreme Court: Perez v. Brownell, 356 U.S. 44 (1958) |

**United States Constitution 13th Amendment:** Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.

**Michigan Constitution: Declaration of Rights Section 9:Slavery and involuntary servitude.**

Neither slavery, nor involuntary servitude unless for the punishment of crime, shall ever be tolerated in this state.

**Nebraska Constitution: Article 1, Bill Of Rights, Slavery prohibited.**

There shall be neither slavery nor involuntary servitude in this state.

The 13th amendment and even state constitutions prohibits slavery or involuntary servitude. Plaintiff does not wish for a driver's permit with the State. It is involuntary servitude to hold a man in a contract or privilege he does not wish for.

The drivers permit allows for defamic comments towards plaintiff in government computer systems, which is totally unethical and an abuse of power.

The driver's permit does not even meet the elements of a contract. It is more of a "privilege" from the State, this is why driver's licenses can be revoked and suspended. A privilege is what one wishes for as a subject of another. Just because plaintiff is domicile in Massachusetts, state, does not necessarily subject him to Massachusetts legislature, not all statutes apply to people.

**Massachusetts Constitution, Article V:** "All power residing originally in the people, and being derived from them.

**Massachusetts Constitution, Article IV**: The people of this commonwealth have the sole and exclusive right of governing themselves, as a free, sovereign, and independent state; and do, and forever hereafter shall, exercise and enjoy every power, jurisdiction, and right.

**Plaintiff does not wish for a driver's permit with the State of Massachusetts.** The State of Massachusetts is a corporation, its duns number is 196149590. The State, a corporation, has no inherent jurisdiction over a man to compel him to contract.

**Blacks Law Dictionary Definitions; 4th Edition**
PUBLIC, adj. Pertaining to a state, nation, or whole community; proceeding from, relating to, or affecting the whole body of people or an entire community…. Belonging to the people at large; relating to or affecting the whole people of a state, nation, or community; not limit- ed or restricted to any particular class of the community.

**New Hampshire State Constitution: Bill of Rights [Article.] 2-b.**
[Right of Privacy] An individual's right to live free from governmental intrusion in private or personal information is natural, essential, and inherent.

**Arizona State Constitution: Declaration of rights: Article 2, Section 8,**
[Right to privacy] Section 8. No person shall be disturbed in his private affairs, or his home invaded, without authority of law.

Plaintiff's driver's permit with Massachusetts contains plaintiff's personal private information. This includes plaintiff's address: name, identifying numbers, pictures, etc. The information is plaintiff's personal private information, it is not public information nor does it belong to the public. Under the state and federal constitution for the right to privacy it is plaintiff's wish for Massachusetts to rescind;permanently delete his driver's permit.

The State of Massachusetts is violating the fifth amendment, depriving plaintiff of life and liberty because plaintiff is unwillingly forced to serve the obligations of the contract.

**United States Constitution; Ninth Amendment**
The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

The ninth amendment is written in accordance with the natural law. Meaning, all other rights retained by the people and not mentioned in the bill of rights shall not be denied nor considered insignificant.

**Plaintiff; Kemeh, Kevin Dela now invokes the ninth amendment and retains the right to rescind;permanently delete a driver's permit with the State. This court, including the State of Massachusetts CANNOT deny plaintiff's right to rescind;permanently delete a driver's permit with the State.**

and I quote… From | EDWIN F. HALE, Appt., v. WILLIAM HENKEL, United States Marshal. |

"The individual may stand upon his constitutional rights as a citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the state or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to criminate him. He owes no such duty to the state, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the law of the land long antecedent to the organization of the state, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his rights are a refusal to incriminate himself, and the immunity of himself and his property from arrest or seizure except under a warrant of the law. He owes nothing to the public so long as he does not trespass upon their rights."
| EDWIN F. HALE, Appt., v. WILLIAM HENKEL, United States Marshal. |

**Plaintiff receives no benefits nor privileges from the State of Massachusetts. Therefore, plaintiff is subject to no duties nor obligations from Massachusetts.** Massachusetts has no legal nor any lawful power to compel nor hold plaintiff in a driver's permit. By the several state(s) and the United States constitution it has already been proven, the people (plaintiff included) are not bound to the Statutes of the State. By case and constitutional law Massachusetts cannot compel plaintiff to have a driver's permit.

Defendants: the State of Massachusetts, Massachusetts Registry Of Motor Vehicles and Massachusetts Department Of Transportation has two constitutional torts: the fifth amendment, depriving plaintiff of life and liberty by forcing him to the obligations of the driver's permit. The thirteenth amendment by forcing plaintiff to involuntarily serve the State of Massachusetts with an unconscientious driver's permit contract. With two constitutional torts the State of Massachusetts loses sovereign immunity and the Eleventh Amendment protection!

Arizona State Constitution; Article 2, Declaration of rights, Section 3

A. The Constitution of the United States is the supreme law of the land to which all government, state and federal, is subject.

B. To protect the people's freedom and to preserve the checks and balances of the United States Constitution….

United State Constitution Article (6) VI Clause 2

This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers [ Timothy S. Hillman or the presiding judge included ], both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States..

Defendants: the State of Massachusetts, Massachusetts Registry of Motor Vehicles and Massachusetts Department of Transportation are being sued for constitutional torts under 42 U.S. Code § 1983. All defendant's claims of sovereign immunity and the eleventh amendment protection are officially rebutted. Defendants: the State, will be held liable to all claims and damages. "A municipality has no immunity from liability under § 1983 flowing from its constitutional violations, and may not assert the good faith of its officers as a defense to such liability" | Owen v. City of Independence, 445 U.S. 622 (1980), a supreme court case |

## CERTIFICATE OF SERVICE TO DEFENDANTS

**Defendant**: Massachusetts Registry Of Motor Vehicles
  **Address**: PO Box 55889
      Boston, Massachusetts 02205

**Defendant**: Massachusetts Department Of Transportation
  **Address**: 10 Park Plaza, Suite 4160,
      Boston, Massachusetts 02116

**Defendant**: State of Massachusetts
  **Address**: Massachusetts State House, 24 Beacon St.
      Office of the Governor, Room 280
      Boston, MA, 02133

**TRIAL BY JUDGE, SPEEDY TRIAL INVOKED.**

### Notary as JURAT CERTIFICATE

___Massachusetts___ [State] }

___Worcester___ [County] }

On this __14th__ day of __March__, 20__22__ before me,

Notary Public- Massachusetts

___Kevin D. Kemeh___ proved to me based on satisfactory evidence to be the man whose name is subscribed to this instrument. Kemeh, Kevin Dela executed the same as the man, one of the people of Massachusetts, state, SUI JURIS DE JURE and upon his AUTOGRAPH this AFFIDAVIT shall stand as truth, EVIDENCE and JUDGMENT forevermore.

I VERIFY UNDER PENALTY OF PERJURY under the lawful laws of Massachusetts and under the laws of the United States of America that this document is true and correct to my knowledge

_____
Kevin Dela Kemeh

**Autograph of Jurat**

Melissa R. Lupo
NOTARY PUBLIC
Commonwealth of Massachusetts
My Commission Expires
April 28, 2028