UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Kemeh,**

          **Plaintiff,**

                    CIVIL ACTION

     **V.**

                    NO. **22-40022-TSH**

**State of Massachusetts, et al.,**

          **Defendants,**

## JUDGMENT

**Hillman J.**

In accordance with the Court's Memorandum and Order dated  **7/29/22**  granting summary judgment in the above-entitled action, it is hereby ORDERED:

Judgment for the **Defendants.**

                                             By the Court,

| | |
|---|---|
| **7/29/22** | **/s Martin Castles** |
| Date | Deputy Clerk |