In This Court Of Record At The United States District Court District of Massachusetts

FILED IN CLERKS OFFICE
AUG 9 '22 PM 1:58 USDC MA

**Kemeh, Kevin Dela**

    Plaintiff,

Vs.

**State of Massachusetts,**
**Massachusetts Registry Of Motor Vehicles,**
**Massachusetts Department Of Transportation,**

    Defendants,

Case Number: 22-CV-40022

**NO TRIAL BY JURY**
**Speedy Trial By Judge**

## NOTICE OF APPEAL

Now comes Plaintiff, Sui Juris De Jure. In this civil case final judgment and the order from this court was entered on 07/29/2022, denying plaintiff's demand for summary judgment and ruling in favor of Defendants. Plaintiff gives this notice to this court and Defendants that he will appeal this civil case to the United States Court of Appeals for the First Circuit.

**CERTIFICATE OF SERVICE**

**DEFENDANTS:** State of Massachusetts, Massachusetts Registry of Motor Vehicles, Massachusetts Department Of Transportation

**Represented by : Mark P Sutliff**
**Office of the Attorney General**
**One Ashburton Place, Room 1813**
**Boston, MA 02108**

### VERIFICATION

Executed: Worcester, Massachusetts on _August 9, 2022_ by Kemeh, Kevin Dela, the man subscribed within the instrument and that by his autograph on the instrument the man executed, the instrument and all claims and rights asserted or not by the man stands as truth and EVIDENCE forevermore. I verify under PENALTY OF PERJURY under the lawful laws of Massachusetts, state, and under the lawful laws of the United States of America that this document is true and correct to my knowledge.

_Kevin Dela Kemeh_ (signature)

Kevin Dela Kemeh